FILED
OCT 07 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NINTH CIRCUIT

M.S., D.S., P., R.R., A.L.R.,
CALIFORINA COALITION OF WOMEN
PRISONERS, PRECIADO

PLAINTIFF

V.

UNITED STATES OF AMERICA, FEDERAL
CORRECTIONAL INSTITUTION,
JOHN RUSSELL BELLHOUSE.

DEFENDANT

CASE NUMBER:

4:2022-CV-08924 - YGR
4:2022-CV-09096 - YGR
4:2023-CV-02668 - YGR
4:2023-CV-05356 - YGR
4:2023-CV-04155 - YGR
4:2024-CV-01980 - YGR
4:2024-CV-01360 - YGR

TO ALL PARTIES AND COUNSEL OF RECORD:

## MOTION TO COMPEL

**Comes now,** John Russell Bellhouse, Defendant, in the above styled case(s), petitioning this Honorable Court to grant the motion to compel for all case(s) the Defendant is named in, within the Northern District of California.

## STATEMENT OF FACTS

This Pro Se Defendant cannot properly defend himself in these complex civil actions, when he has not been served notice or copies of case documentation. Amended motions, responses, scheduled events like evidentiary hearings, case management conferences, pretrial conferences, court orders, etc.

This completely avoidable situation opens the court to the possibility of a FRCP 60 (a)(b)(1)(6) Motion to Dismiss, a FRCP 77 (d)(1) Relief from a Judgement or Order, and a FRCP 5 (b)(2)(C) Failure of Service [notice] by the Clerk of the Court.

(1)

This Court, the Clerk of the Court, and all parties are aware this Pro Se defendant is in federal custody. The defendant is severly limited in how he can communicate with involved entities.

This defendant has recieved no type of "waiver" from the Court exempting him from following such orders. The defendant has recently informed the Court of the limitations he faces in custody on June 28, 2024.

The other defendants, the Bureau of Prisons, and the United States of America, represented by the United States Attorney have violated the defendant's substantive procedural due process civil rights.

The Clerk of the Court has violated the defendant's civil rights as well, in that the Clerk has provided notice to the other named parties, but not to this Pro Se defendant, as due process requires. The Clerk of the Court is in direct violation of FRCP 77 (d)(1), for failure in service [notice] and FRCP 5 (b)(C).

The failure of the Clerk to provide notice of the Court's orders, has subjected the defendant to Default and/or Summary Judgement, in violation of FRCP 55/56.

This defendant is also subject to receiving sanctions under FRCP 16 (f)(1)(A)(B)(C) ... for failure to appear at or obey a scheduled pretrial conference order, because he has not received any notice from the Court.

Basically, this Pro Se defendant has been prohibited and excluded from knowledge of or participating in the Civil Actions filed against him.

The defendant's address is clearly shown on every document he has submitted to the Court, and parties involved.

The Defendant has been incarcerated, and is in the custody of the Federal Bureau of Prisons. The Defendant has been in custody since February 2, 2024. Since that date, he has only received the following:

Summons in a Civil Action. No. 5:24-cv-01980-PCP. Served at the prison by the Parish Sheriff on June 6, 2024. **Exh: 1**

U.S. Court of Appeals Docketing Notices. **Exh: 2**

U.S. Court of Appeals commonly used forms and instructions. **Exh: 3**

U.S. Court of Appeals Circuit Judges Rulings, dismissing his appeal for lack of jurisdiction. **Exh: 4**

These are the only documents the defendant has received to date. The United States Court of Appeals for the Ninth Circuit has no issues sending documents to the Defendant's address. The Defendant does not understand the reasoning as to why he has not received any documentation from the District Court Clerk, or the other parties from the remaining six civil lawsuits, and only a summons for the case as shown in exhibit 1. These cases are complex, and many parties are involved. The Defendant sits in prison with no knowledge of what is happening in these cases.

The Defendant's due process rights under the Fifth and Eighth Amendments of the United States Constitution has veen violated,

**Accordingly,**

This Honorable Court should grant the Defendant's Motion to Compel.

Respectfully submitted,

_____          09/23/2024
John Russell Bellhouse                    Date

(3)

John R. Bellhouse # 76806-509
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463-5000

Clerk of the Court, NDCA
Ronald V. Dellums Federal Building
1301 Clay Street, Suite 400S
Oakland, CA 94612

Dear Clerk of the Court,

Please upload this Motion to Compel in all seven (7) cases. As mentioned several times previously, I do not have access to PACER or ECF to file or view these documents, as an inmate.

USPS Ceritifed Mail:

Respectfully,

*John R. Bellhouse*          09/23/2024
John R. Bellhouse              Date

AO 440 (Rev. 06/12) Summons in a Civil Action

SERVED ON WED, 06/05/2024

# UNITED STATES DISTRICT COURT
for the
Northern District of California

[[Exh: 1]]

SERVE

R.R.

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS); RAY J. GARCIA; DARRELL SMITH; JOHN BELLHOUSE, DAVID PEREZ, and DOES 1-25, inclusive

*Defendant(s)*

Civil Action No. 5:24-cv-01980-PCP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES OF AMERICA, a governmental entity
C/O Merrick B. Garland, Attorney General of the United States
U.S. Department of Justice, 950 Pennsylvania Ave. NW
Washington DC 20530-0001
(Additional Defendants to be served pursuant to Fed. R. Civ. . 4(i)(1) & (2) listed on Continuation Page)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jessica K. Pride
The Pride Law Firm
2831 Camino del Rio South
Suite 104
San Diego CA 92108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Thelma Nudo

Date: 4/3/2024

*Signature of Clerk or Deputy Clerk*




[Exh: 2]

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

JUL 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:           24-4256
Originating Case Number: 4:23-cv-05356-YGR

Short Title:             N.P. v. Bellhouse, et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The $605 docketing fee remains due.** Failure to correct this deficiency within 14 days will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the district court or the tax court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

quadient
FIRST-CLASS MAIL
IMI
$003.43
07/15/2024 ZIP 94103
043M31241397
US POSTAGE

8924-YGR [[Exh: 3]]
APPEAL FORMS

John Russell Bellhouse, 76806-509
FCI Oakdale I
P.O. Box 5000
Oakdale, LA 71463



[[Exh:44]]

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| R.R., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOHN RUSSELL BELLHOUSE, <br><br> Defendant - Appellant, <br><br> and <br><br> UNITED STATES OF AMERICA, Federal Bureau of Prisons; et al., <br><br> Defendants. | No. 24-4259 <br><br> D.C. No. 4:24-cv-01980-YGR <br> Northern District of California, Oakland <br><br> ORDER |

Before: SCHROEDER, M. SMITH, and HURWITZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

